# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RUBEN GRIGORYAN,

      Petitioner,

      v.

TODD BLANCHE, et al.,

      Respondents.

Case No. 5:26-cv-01627-ODW-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition (2) a writ of habeas corpus be issued requiring Petitioner's immediate release and preventing Respondents from re-detaining Petitioner without notice and an opportunity to be heard; and (3)

Respondents shall file a status report within seven (7) days confirming that Petitioner has been released.

DATE: April 13, 2026

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE