JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RUBEN GRIGORYAN,

               Petitioner,

     v.

TODD BLANCHE, et al.,

               Respondents.

Case No. 5:26-cv-01627-ODW-MBK

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: April 13, 2026



_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE